IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, | ) ) ) | Case No. CV-04-181-S-BLW |
| Plaintiff, | ) ) | **ORDER AMENDING MEMORANDUM DECISION** |
| v. | ) ) | **AND ORDER AS TO THE CAPTION ONLY** |
| K. LYNN BENNETT, Director, Idaho State Office, Bureau of Land Management; EDWARD GURRERO, Jarbidge Field Management, BLM; BUREAU OF LAND MANAGEMENT, an Agency of the United States, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

    The Memorandum Decision and Order filed January 26, 2010 (Docket No. 373), is hereby amended as to the caption only, as listed above.  All other portions of the decision remain the same. SO ORDERED.

DATED:  **January 29, 2010**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order -- Page 1**