UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN ELLIS,* Director, Idaho State Office, Bureau of Land Management; RICK VANDERVOET, * Jarbidge Field Manager, BLM; BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>    Defendants. | Civil No. CV-04-181-S-BLW<br><br>**STIPULATED SETTLEMENT AGREEMENT REGARDING EXTENSION OF INTERIM GRAZING MANAGEMENT PLANS ON CERTAIN ALLOTMENTS** |

Plaintiff WESTERN WATERSHEDS PROJECT ("Western Watersheds"); Federal Defendants STEVEN ELLIS, BUREAU OF LAND MANAGEMENT et al. ("BLM"); Intervenors CEDAR CREEK CATTLE COMPANY, FRANK ASTORQUIA and WINTERCAMP LIVESTOCK CO., WINTER GRAZING LLC and CAMAS CREEK CATTLE ASSOCIATION LLC, OWYHEE LAND AND LIVESTOCK and BLUE BUTTE GRAZING ASSOCIATION and JOE BLACK & SONS ("Other Intervenors"), hereby stipulate and agree as follows:

1. The parties entered into a Stipulated Settlement Agreement (SSA) in 2005, which the Court approved. (Docket Nos. 147 & 149). In the SSA, the parties agreed that BLM would prepare a revised Jarbidge Resource Management Plan (RMP) and Environmental Impact Statement (EIS), followed by issuance of site-specific grazing decisions. The SSA established Interim Grazing Management Plans to authorize grazing on the allotments under certain terms

**MOTION TO DISMISS THE REVISED FIRST SUPPLEMENTAL COMPLAINT UNDER FRCP 12(b)1 – Page 1**

and conditions, while BLM prepares the revised Jarbidge RMP and EIS.

2. The SSA anticipated that BLM would complete the RMP and final EIS by September 30, 2009, though the parties agreed to extend the completion date until September 30, 2010 under certain circumstances. Docket No. 147, ¶¶ 8-9.

3. The parties similarly agreed that the interim grazing management plans shall expire at the end of the 2009 grazing year, although the parties similarly agreed to extend these interim plans until the end of the 2010 grazing year, i.e. February 28, 2011. *Id.* at ¶ 35.

4. After the expiration of this period, the parties agreed that "Plaintiff and Interveners will confer over further interim grazing management authorization on the respective allotments during the period until site-specific reviews and new long-term grazing permits are issued, involving BLM as needed and taking into account current conditions, determinations made by BLM in the revised Jarbidge RMP and EIS, and other factors." *Id.* at ¶ 36.

5. The BLM has yet to issue the revised Jarbidge RMP and final EIS. The parties have mediated and conferred over extension of the interim grazing management plans, and the parties hereby stipulate to the extension of the interim grazing management plans through Grazing Year 2013 (March 1, 2013 – February 28, 2014) on the following 10 allotments - Brown's Gulch, Camas Slough, Canyon View (aka Echo Jewett), Cedar Butte/Devils Creek, Echo 4, Echo Clover, Grassy Hills, Kubic, Hallelujah, and Yahoo.

6. A separate stipulation extending interim grazing conditions has been entered into between WWP and the permitee concerning the Wintercamp Allotment which the Court has approved. *See* Docket Nos. 400 and 401.

7. This Stipulation modifies BLM's Motion for Extend the Interim Grazing Condition Under the SSA to exclude the 10 allotments identified above. Docket No. 398. Accordingly,

BLM's motion now applies only to the following 17 allotments: 71 Desert, Antelope Springs, Blackrock Pocket, Bracket Bench, Bruneau Hills, Cedar Creek, Clover Crossing, Coonskin Butte, Crawfish, East Juniper Draw, Echo 5, Flat Top, Juniper Butte, Noh Field, North Fork Field, Pigtail Butte, and Three Creek No. **IT IS SO STIPULATED AND AGREED.**

Dated this 19th day of January, 2011.

/s/
Deborah A. Ferguson
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 Park Boulevard, Suite 600
Boise, Idaho 83712
(208) 334-1211
(208) 334-1414 (fax)
deborah.ferguson@usdoj.gov

Dated this 19th day of January, 2011.

/s/
Todd C. Tucci (ISB # 6526)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, Idaho 83701
(208) 342-7024
(208) 342-8286 (fax)
ttucci@advocateswest.org

Dated this 19th day of January, 2011.

/s/ *W. Alan Schroeder*
W. Alan Schroeder (ISB #4118)
SCHROEDER & LEZAMIZ LAW OFFICES, LLP.
P.O. Box 267
Boise, Idaho 83701
(208) 384-1627
(208) 384-1833 (fax)
alan@schroederlezamiz.com

**MOTION TO DISMISS THE REVISED FIRST SUPPLEMENTAL COMPLAINT UNDER FRCP 12(b)1 – Page 3**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 19th day of January, 2011, the **MOTION TO DISMISS THE REVISED FIRST SUPPLEMENTAL COMPLAINT UNDER FRCP 12(B)1** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Laurence "Laird" J. Lucas
llucas@lairdlucas.org

Todd C. Tucci
ttucci@advocateswest.org

W. Alan Schroeder
alan@schroederlezamiz.com

Albert Barker

Murray D. Feldman
mfeldman@hollandhart.com

James L. Martin
jlm@moffatt.com

William Gerry Myers, III
wmyers@hollandhart.com

apb@idahowaters.com

Tyler Anderson
tya@moffatt.com

Paul LaMar Arrington
pla@idahowaters.com

Scott L. Campbell
slc@moffatt.com
Craig A. Pridgen
cpridgen@mbvz.com

Travis L. Thompson
tlt@idahowaters.com

_/s/ Paul A. Hund_