IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| WESTERN WATERSHEDS PROJECT | |
|---|---|
| Plaintiff, | Case No. 1:CV-04-181-S-BLW |
| v. | |
| | **ORDER** |
| STEVEN ELLIS, Director, Idaho State Office, Bureau of Land Management; RICK VANDERVOET, Jarbidge Field Manager, BLM; BUREAU OF LAND MANAGEMENT, an agency of the United States, | |
| Defendants. | |

The following deadlines and time allocation shall govern the evidentiary hearing on the Motion to Set Aside Judgment scheduled for June 15, 2011.

**Deadlines for Pre-Hearing Filings**

| | |
|---|---|
| May 16, 2011: | The parties shall identify the material in the record they intend to rely upon at the evidentiary hearing. |
| May 25, 2011: | The parties shall identify any rebuttal material, and make any objections to the materials earlier identified. |
| June 3, 2011: | The parties shall disclose their witnesses and exhibits. |
| June 7, 2011: | The parties shall file any stipulated facts. |

**Order - 1**

**Time Allocation (3.5 hours total)**

Plaintiff: 1 hour and 20 minutes.

Defense & Intervenors: 1 hour and 50 minutes.

Court Recess: 20 minutes.

**Post-Hearing Briefing**

June 24, 2011: Simultaneous filing of all post-hearing briefing.

**Site-Visit**

The Court's calendar will not permit a site visit.

DATED: **May 2, 2011**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 2