IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| WESTERN WATERSHEDS PROJECT<br><br>Plaintiff,<br><br>v.<br><br>STEVEN ELLIS, Director, Idaho State Office, Bureau of Land Management; RICK VANDERVOET, Jarbidge Field Manager, BLM; BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>Defendants. | Case No. CV 04-181-S-BLW<br><br>**AMENDED MEMORANDUM DECISION AND ORDER** |
|---|---|

Finding good cause therefore, and pursuant to the agreement of all counsel,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to modify (docket no. 506) is GRANTED.

IT IS FURTHER ORDERED, that the Court's Memorandum Decision and Order (docket no. 505) is amended as follows:

(1) Paragraph (3) on page 15 is stricken and the following material is substituted in its place: "(3) The BLM is granted full authority to ban or restrict grazing without limitation consistent with law. The BLM shall give extra scrutiny to grazing restrictions and outright bans for certain pastures containing key sage grouse habitat during the periods between March 1 and June 20 (mating and nesting season) and August 1 through November 15 (when plant growth has

ceased for the year)."

(2) The following allotments are added to paragraph (4) on page 15 and are subject to its stubble height requirements: Three Creek # 8 and Antelope Springs.



DATED: **January 12, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court