UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN ELLIS, Idaho State Office, Bureau of Land Management; BRIAN DAVIS, Jarbidge Field Manager; BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>　　　　　Defendants. | Case No. 1:04-CV-181-BLW<br><br>**ORDER APPROVING STIPULATED SETTLEMENT AGREEMENT REGARDING EXTENSION OF INTERIM GRAZING MANAGEMENT PLANS FOR HALLELUJAH AND YAHOO ALLOTMENTS** |

　　　　Plaintiff' and Defendants' Stipulated Settlement Agreement (docket no. 526) having come before the Court,

　　　　NOW THEREFORE IT IS HEREBY ORDERED THAT the Stipulated Settlement Agreement (docket no. 526) is APPROVED; and

　　　　IT IS FURTHER ORDERED THAT grazing is permitted on the Hallelujah and Yahoo allotments in the Jarbidge Resource Area pursuant to the terms of the Stipulated Settlement Agreement.

**ORDER – 1**



DATED: February 13, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court