BART M. DAVIS, ID STATE BAR NO. 2696
UNITED STATES ATTORNEY
**CHRISTINE G. ENGLAND, CA STATE BAR NO. 261501**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1414
Email: Christine.England@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>        Plaintiff,<br><br>     v.<br><br>STEVEN ELLIS, Director, Idaho State Office, Bureau of Land Management, BRIAN DAVIS, Jarbidge Field Manager; BLM; and BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>        Defendants. | Case No. 04-CV-00181-BLW<br><br>**NOTICE OF FILING OF ANNUAL REPORT** |

Pursuant to the Court's Order (ECF No. 505), the Bureau of Land Management ("BLM") files the 2017 Annual Report. A summary of activities for 2017 is contained in Exhibit 1 filed herewith. The BLM's summary of grazing that occurred during the 2017 grazing year is described in a spreadsheet titled Exhibit 2 and filed herewith. The BLM's summary of grazing management planned for the 2018 grazing year is described in a spreadsheet titled Exhibit 3 and filed herewith.

**NOTICE OF FILING OF ANNUAL REPORT - 1**

Respectfully submitted this 28th day of March, 2018.

                                              BART M. DAVIS
                                              UNITED STATES ATTORNEY
                                              By:

                                              */s/ Christine G. England*
                                              CHRISTINE G. ENGLAND
                                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28th, 2018, the **NOTICE OF FILING OF ANNUAL REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Laurence J. Lucas | llucas@lairdlucas.org |
| Todd C. Tucci | ttucci@advocateswest.org |
| Craig A. Pridgen | cpridgen@att.net |
| W. Alan Schroeder | alan@schroederlezamiz.com |
| Albert P. Barker | apb@idahowaters.com |
| Paul LaMar Arrington | pla@idahowaters.com |
| John Christopher Peterson | johncpeterson@cableone.net |
| Steven D. Peterson | sdppc@cableone.net |
| Murray D. Feldman | mfeldman@hollandhart.com |
| William Gerry Myers, III | wmyers@hollandhart.com |
| Travis L. Thompson | tlt@idahowaters.com |

And, I hereby certify that the following listed non-registered CM/ECF participants were served by:

       ☒ United States Mail, postage prepaid
       ☐ Federal Express
       ☐ Hand-delivery
       ☐ Facsimile transmission (fax)

None

                                                */s/ Jessica Black*
                                              Legal Assistant

**NOTICE OF FILING OF ANNUAL REPORT - 2**